**Exhibit G**

January 30, 2024

Bronte Kaneakua
1050 Kinau St. #901
Honolulu, HI 96814

Honorable Judge Derrick Watson
Honolulu, HI

To whom it may concern:

I am writing this letter to speak on behalf of Delia Miske. My name is Bronte Kaneakua and I have been an elementary school teacher for the past nine years here on Oahu. I have had the pleasure of knowing Delia for the past eight years. I met her through extended family in 2015 when she was pregnant with her daughter, N███ She was glowing and so full of life. She and her other half, Caleb, were young and in love and about to have their first child. Within a few months of knowing her I witnessed her transition from an expectant young mother, to newlywed, to widower and single mother. Despite all of this she never failed to prioritize N██, put her family first and remain resilient.

As stated earlier Delia always put her daughter first. An example I witnessed on multiple occasions was Delia leaving family parties or gatherings at a reasonable time. She made sure to get N██ home, showered and in bed to not disturb N██'s school schedule.

Given the same set of circumstances any single young widow would have fallen apart. She remained strong and intact and continues to keep her daughter at the center of her universe.

Although we are not related I've come to consider Delia as my family.

Above all else, Delia Miske is an amazing mother who will always do what is right by her daughter.

Sincerely,

*Bronte H. Kaneakua*

Bronte Kaneakua