MYLES S. BREINER            4364
SEAN FITZSIMMONS            10693
ANDREW STRAND               10323
Law Office of Myles S. Breiner & Associates
1003 Bishop Street, Suite 2150
Honolulu, Hawaii 96813
Ph: (808) 526-3426
myles@breinerlaw.net
Attorneys for Defendant
LANCE L. BERMUDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE L. BERMUDEZ,    (04)<br><br>Defendant. | CR. NO. 19-00099-DKW (04)<br><br>**MOTION TO WITHDRAW AS COUNSEL AND APPOINT SUCCESSOR APPELLATE COUNSEL**; DECLARATION OF COUNSEL; MEMORANDUM IN SUPPORT; CERTIFICATE OF SERVICE<br><br>Judge:  Hon. Derrick K. Watson |

**MOTION TO WITHDRAW AS COUNSEL AND
APPOINT SUCCESSOR APPELLATE COUNSEL**

COMES NOW Defendant Lance L. Bermudez ("Defendant") by and through his undersigned counsels and seeks an Order from the Court to allow MYLES S. BREINER, SEAN FITZSMIMONS, and ANDREW STRAND, and the Law Office of Myles S. Breiner & Associates, to withdraw as Defendant's current attorneys of record herein, and to have the Court appoint successor appellate counsel in their stead.

This Motion is submitted pursuant to Rules 44 and 47 of the Federal Rules of Criminal Procedure, Rule 44.3(b) of the Criminal Local Rules for the United States District Court for the District of Hawaii, Rule 1.16 of the Hawaii Rules of Professional Conduct, the attached Declaration of Counsel, the records and files herein, and also upon any such other and further evidence that may be presented at the time of any hearing on this Motion.

DATED: Honolulu, Hawaii, July 14, 2025.

/s/ Myles S. Breiner
MYLES S. BREINER
SEAN FITZSIMMONS
ANDREW STRAND
Attorneys for Defendant
LANCE L. BERMUDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE L. BERMUDEZ,    (04)<br><br>Defendant. | CR. NO. 19-00099-DKW (04)<br><br>**DECLARATION OF COUNSEL** |

## DECLARATION OF COUNSEL

I, MYLES S. BREINER ("Declarant") declare under penalty of law that the following is true and correct to the best of my information and belief:

1. Declarant's law firm ("the Defense") presently represents Defendant Lance L. Bermudez ("Defendant") in this case.

2. Declarant has reviewed the records and files herein and I am familiar with the same.

3. Defendant on July 14, 2025, was sentenced by the Court.

4. Defendant and Declarant conferred on July 14, 2025, and Defendant expressed his desire for Declarant and my law firm to withdraw as his counsels of record in this matter.

5. Also discussed was:

    a. Defendant's desire to appeal his July 14, 2025, sentence; and

    b. The potential for a conflict of interest upon appeal, based on a potential claim for ineffective assistance of counsel; and

3

    c. Defendant's inability to obtain private counsel at this time; and

    d. Defendant's desire for the Court to appoint successor counsel to pursue Defendant's desired appeal from the Court's sentencing decision and forthcoming Judgment pertaining to Defendant's July 14, 2025, sentence in this matter.

6. It will not create a hardship or work to any disadvantage of Defendant to allow the Defense to withdraw from representing Defendant in this case.

7. Pursuant to Declarant's and Defendant's July 14, 2025, conferral regarding the foregoing, Declarant submits that Defendant has the requisite notice of withdrawal as prescribed by CrimLR Rule 44.3(b).

8. Pursuant to the foregoing, and the records and files herein, and the forthcoming Judgment pertaining to Defendant's July 14, 2025, sentence herein, Declarant submits good cause exists to grant the requested leave to withdraw and to appoint successor appellate counsel to pursue Defendant's desired appeal.

9. Further Declarant sayeth naught.

    EXECUTED AT: Honolulu, Hawaii, July 14, 2025.

                                            */s/ Myles S. Breiner*
                                            MYLES S. BREINER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE L. BERMUDEZ,    (04)<br><br>Defendant. | CR. NO. 19-00099-DKW (04)<br><br>MEMORANDUM IN SUPPORT |

## MEMORANDUM IN SUPPORT

### I.  BACKGROUND

Incorporated herein by reference as though set forth anew are the facts and circumstances asserted in the preceding Declaration of Counsel.

Defendant intends to file a Notice of Appeal from the forthcoming Judgment related to his July 14, 2025, sentencing in this matter.

Defendant desires for alternative, successor appellate counsel, to pursue said appeal. Consequently, the Law Office of Myles S. Breiner & Associates ("the Defense"), by and through this Motion, seeks to withdraw as Defendant's counsels of record in this case and to have successor appellate counsel appointed for Defendant to represent him in pursuit of his appeal from the Court's July 14, 2025, sentence.

### II.  LAW

Rule 1.16 of the Hawaii Rules of Professional Conduct allows for the withdrawal requested herein. Based on Defendant's desire to file a Notice of Appeal regarding his July 14, 2025, sentence, and forthcoming Judgment memorializing

5

the same, there is a potential where the current attorney-client relationship may become adverse as there is the potential for a conflict of interest in the Defense's further representation of Defendant in the pursuit of his Appeal.

CrimLR Rule 44.3(b) also supports the requested withdrawal herein. The Defense has appeared on behalf of Defendant in this criminal case, and Defendant has been provided adequate notice regarding this Motion. The preceding Declaration of Counsel enunciates the specific reasons requiring withdrawal. Consequently, good cause exists to allow for the Defense's withdrawal at this stage of the proceedings.

Fed. R. Crim. P. Rule 44 also supports the appointment of successor appellate counsel to assist Defendant in the pursuit of his Appeal. Defendant is unable to privately retain counsel at this stage of the proceedings, and he is therefore entitled to have counsel appointed to represent him through appeal. *See* Fed. R. Crim. P. Rule 44(a).

### III. CONCLUSION

Based upon the foregoing, Defendant, by and through the Defense, asks the Court to find good cause and grant this Motion, and to appoint successor appellate counsel to represent Defendant at this stage of the proceedings

DATED: Honolulu, Hawaii, July 14, 2025.

*/s/ Myles S. Breiner*
MYLES S. BREINER
SEAN FITZSIMMONS
ANDREW STRAND
Attorneys for Defendant
LANCE L. BERMUDEZ

6