UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE BERMUDEZ,<br><br>Defendant. | 1:19-CR-00099-DKW-KJM<br><br>**ORDER GRANTING APPLICATION FOR ACCESS TO SEALED PORTION OF TRANSCRIPT** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Court Reporter Jessica Cahill shall provide Defendant's appellate counsel, attorney Elizabeth Richardson-Royer, with the sealed portion of the transcript dated July 17, 2025 in this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 9, 2026.

Kenneth J. Mansfield
United States Magistrate Judge